UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PRICE III, DONALD F. § Case No. 13-07312
PRICE, RACHAEL A. §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/26/2013. The undersigned trustee was appointed on 02/26/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 28,695.23 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 31.37 |
| Bank service fees | | 439.27 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 28,224.59 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/01/2013 and the deadline for filing governmental claims was 08/26/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,619.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,619.52, for a total compensation of $ 3,619.52 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/25/2014                By: /s/Robert B. Katz, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:     13-07312    CAD    Judge: CAROL A. DOYLE
Case Name:   PRICE III, DONALD F.
             PRICE, RACHAEL A.
For Period Ending: 06/25/14

Trustee Name:                         Robert B. Katz, Trustee
Date Filed (f) or Converted (c):      02/26/13 (f)
341(a) Meeting Date:                  03/27/13
Claims Bar Date:                      07/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 1914 Keystone Pl. Schaumbur | 230,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate located at 1524 Commodore Ln Unit 3 Sc | 104,433.00 | 0.00 | | 0.00 | FA |
| 3. Real Estate located at 7N750 IL Route 59, Bartlett | 248,457.00 | 0.00 | | 0.00 | FA |
| 4. Checking account with Chase | 200.00 | 0.00 | | 0.00 | FA |
| 5. Savings account with ING | 0.00 | 0.00 | | 0.00 | FA |
| 6. Business Checking Account with Fifth Third Bank | 6,000.00 | 1,879.23 | | 1,879.23 | FA |
| 7. Business Iolta Now Trust account with Fifth Third | 0.00 | 0.00 | | 0.00 | FA |
| 8. Personal Checking & PNC Reserve account with PNC B | 1,400.00 | 0.00 | | 0.00 | FA |
| 9. Personal Savings account with PNC Bank | 2,100.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous used household goods and furnishings | 450.00 | 0.00 | | 0.00 | FA |
| 11. Books, Pictures, and CD's | 110.00 | 0.00 | | 0.00 | FA |
| 12. Wearing Apparel | 725.00 | 0.00 | | 0.00 | FA |
| 13. Miscellaneous Costume Jewelry | 120.00 | 0.00 | | 0.00 | FA |
| 14. Whole Life Insurance policy through Hartford Insur | 1,075.00 | 0.00 | | 0.00 | FA |
| 15. Term Life Insurance policy through employer - (No | 0.00 | 0.00 | | 0.00 | FA |
| 16. 401(k) / Retirement Plan through - 100% exempt. | 5,024.98 | 0.00 | | 0.00 | FA |
| 17. IRA - Retirement Plan through Edward Jones - 100% | 70,000.00 | 0.00 | | 0.00 | FA |
| 18. Sole Proprietor - Law Office of Rachael A. Price - | 0.00 | 0.00 | | 0.00 | FA |
| 19. Accounts Receivable | Unknown | 0.00 | | 0.00 | FA |
| 20. Estimated 2012 tax refund of $6035.00 | 6,035.00 | 3,556.00 | | 3,556.00 | FA |
| 21. Debtor expects to receive a bonus check of $5,000. | 5,000.00 | 23,260.00 | | 23,260.00 | FA |
| 22. Automobile - 2010 Mazda Hatchback A3 S - 33,000 mi | 12,016.00 | 0.00 | | 0.00 | FA |
| 23. Automobile - 2010 Ford Fusion SE - 57,000 miles - | 9,759.00 | 0.00 | | 0.00 | FA |
| 24. Desk, Conference Table, Chairs, Book Shelves, Fili | 1,000.00 | 0.00 | | 0.00 | FA |
| 25. 2 Dogs, 2 Parakeets | 25.00 | 0.00 | | 0.00 | FA |

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*                                                        Ver: 18.00a

Page: 2

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:   13-07312   CAD   Judge: CAROL A. DOYLE
Case Name: PRICE III, DONALD F.
           PRICE, RACHAEL A.

Trustee Name:                       Robert B. Katz, Trustee
Date Filed (f) or Converted (c):    02/26/13 (f)
341(a) Meeting Date:                03/27/13
Claims Bar Date:                    07/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $703,929.98 | $28,695.23 | | $28,695.23 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee continues to investigate possible additional assets.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

Page: 1
Exhibit B

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-07312 -CAD |
|---|---|
| Case Name: | PRICE III, DONALD F. |
| | PRICE, RACHAEL A. |
| Taxpayer ID No: | **\*\*\*\*\*\*3451 |
| For Period Ending: | 06/13/14 |

| Trustee Name: | Robert B. Katz, Trustee |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | \*\*\*\*\*\*\*7027 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/13 | 21 | Rachel Price<br>Donals Price<br>1914 Keystone Pl<br>Schaumburg, IL 60193 | DEPOSIT | 1129-000 | 23,260.00 | | 23,260.00 |
| 04/18/13 | 20 | Donald Price<br>Rachel Price<br>1914 Keystone Pl.<br>Schaumburg, IL 60193 | TAX REFUND | 1124-000 | 3,556.00 | | 26,816.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.87 | 26,788.13 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.82 | 26,748.31 |
| 06/13/13 | 6 | Law Office of Rachael A. Price, LLC<br>7N750 IL Route 59<br>Bartlett, IL 60106 | DEPOSIT | 1129-000 | 1,879.23 | | 28,627.54 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.11 | 28,587.43 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.50 | 28,544.93 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.44 | 28,502.49 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.01 | 28,461.48 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.31 | 28,419.17 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.89 | 28,378.28 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.19 | 28,336.09 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.13 | 28,293.96 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.00 | 28,255.96 |
| 04/01/14 | 010001 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND PAYMENT | 2300-000 | | 31.37 | 28,224.59 |

Page Subtotals  28,695.23  470.64

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 13-07312 -CAD
Case Name: PRICE III, DONALD F.
PRICE, RACHAEL A.
Taxpayer ID No: ******3451
For Period Ending: 06/13/14

Trustee Name: Robert B. Katz, Trustee
Bank Name: ASSOCIATED BANK
Account Number / CD #: ******7027 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 28,695.23 | 470.64 | 28,224.59 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 28,695.23 | 470.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 28,695.23 | 470.64 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 28,695.23 | 470.64 | 28,224.59 |
| Checking Account (Non-Interest Earn - ******7027 | 28,695.23 | 470.64 | 28,224.59 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 0.00 | 0.00 | 0.00 |

Trustee's Signature:   /s/   Robert B. Katz, Trustee   Date: 06/13/14
                      ROBERT B. KATZ, TRUSTEE

LFORM24    **UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*    Ver: 18.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 13, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-07312  
Debtor Name: PRICE III, DONALD F.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $31.37 | $31.37 | $0.00 |
| 000007A | Ridgestone Bank<br>c/o Chuhak & Tecson, P.C., Eileen M. Set<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Secured | | $205,000.00 | $0.00 | $205,000.00 |
| 000001 070 UC | Hibu, Inc fka Yellowbrook Inc<br>Yellow Book Sales & Distribution Co Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Unsecured | | $3,074.00 | $0.00 | $3,074.00 |
| 000002 070 UC | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,628.49 | $0.00 | $7,628.49 |
| 000003 070 UC | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Unsecured | | $2,572.45 | $0.00 | $2,572.45 |
| 000004 070 UC | Access Group, Inc<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleeker St.<br>Utica, NY 13501 | Unsecured | | $17,960.85 | $0.00 | $17,960.85 |
| 000005 070 UC | Access Group, Inc<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleeker St.<br>Utica, NY 13501 | Unsecured | | $28,706.47 | $0.00 | $28,706.47 |
| 000006 070 UC | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,618.94 | $0.00 | $1,618.94 |
| 000007B 070 UC | Ridgestone Bank<br>c/o Chuhak & Tecson, P.C., Eileen M. Set<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Unsecured | | $105,088.26 | $0.00 | $105,088.26 |
| 000008 070 UC | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A. | Unsecured | | $5,813.16 | $0.00 | $5,813.16 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 13, 2014 |

Case Number:  13-07312  
Debtor Name:  PRICE III, DONALD F.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | POB 29262<br>New York, NY 10087-9262 | | | | | |
| 000009<br>070<br>UC | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $27,846.76 | $0.00 | $27,846.76 |
| 000010<br>070<br>UC | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $12,248.44 | $0.00 | $12,248.44 |
| 000011<br>072<br>UL | Acs/Access Group<br>501 Bleecker St<br>Utica, NY 13501 | Unsecured | | $23,498.00 | $0.00 | $23,498.00 |
| 000012<br>072<br>UL | Acs/Access Group<br>501 Bleecker St<br>Utica, NY 13501 | Unsecured | | $19,677.00 | $0.00 | $19,677.00 |
| 000013<br>072<br>UL | Acs/Access Group<br>501 Bleecker St<br>Utica, NY 13501 | Unsecured | | $41,557.00 | $0.00 | $41,557.00 |
| 000014<br>072<br>UL | Ilinosinst/ACS<br>ACS/Access Group<br>501 Bleecker Street<br>Utica, NY 13501 | Unsecured | | $6,777.00 | $0.00 | $6,777.00 |
| | Case Totals: | | | $509,098.19 | $31.37 | $509,066.82 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-07312
Case Name: PRICE III, DONALD F.
　　　　　PRICE, RACHAEL A.
Trustee Name: Robert B. Katz, Trustee

| | Balance on hand | | | $ | 28,224.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007A | Ridgestone Bank | $ 205,000.00 | $ 205,000.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 28,224.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 3,619.52 | $ 0.00 | $ 3,619.52 |
| Other: International Sureties, Ltd | $ 31.37 | $ 31.37 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,619.52 |
| Remaining Balance | $ | 24,605.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 212,557.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Hibu, Inc fka Yellowbrook Inc | $ 3,074.00 | $ 0.00 | $ 355.84 |
| 000002 | Discover Bank | $ 7,628.49 | $ 0.00 | $ 883.05 |
| 000003 | Fifth Third Bank | $ 2,572.45 | $ 0.00 | $ 297.78 |
| 000004 | Access Group, Inc | $ 17,960.85 | $ 0.00 | $ 2,079.10 |
| 000005 | Access Group, Inc | $ 28,706.47 | $ 0.00 | $ 3,322.98 |
| 000006 | Capital One Bank (USA), N.A. | $ 1,618.94 | $ 0.00 | $ 187.40 |
| 000008 | eCAST Settlement Corporation, assignee | $ 5,813.16 | $ 0.00 | $ 672.91 |
| 000009 | Sallie Mae | $ 27,846.76 | $ 0.00 | $ 3,223.46 |
| 000010 | American Express Bank, FSB | $ 12,248.44 | $ 0.00 | $ 1,417.84 |
| 000007B | Ridgestone Bank | $ 105,088.26 | $ 0.00 | $ 12,164.71 |

Total to be paid to timely general unsecured creditors    $ 24,605.07

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 91,509.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Acs/Access Group | $ 23,498.00 | $ 0.00 | $ 0.00 |
| 000012 | Acs/Access Group | $ 19,677.00 | $ 0.00 | $ 0.00 |
| 000013 | Acs/Access Group | $ 41,557.00 | $ 0.00 | $ 0.00 |
| 000014 | Ilinosinst/ACS | $ 6,777.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $                0.00

Remaining Balance     $                0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE