# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| PRICE III, DONALD F. | § | Case No. 13-07312 |
| PRICE, RACHAEL A. | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/07/2014 in Courtroom 742,

United States Courthouse
219 S. Dearborn St/
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PRICE III, DONALD F. § Case No. 13-07312
PRICE, RACHAEL A. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 28,695.23 |
| and approved disbursements of | $ | 470.64 |
| leaving a balance on hand of[1] | $ | 28,224.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 3,619.52 | $ 0.00 | $ 3,619.52 |
| Other: International Sureties, Ltd | $ 31.37 | $ 31.37 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,619.52 |
| Remaining Balance | | $ | 24,605.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 212,557.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Hibu, Inc fka Yellowbrook Inc | $ 3,074.00 | $ 0.00 | $ 355.84 |
| 000002 | Discover Bank | $ 7,628.49 | $ 0.00 | $ 883.05 |
| 000003 | Fifth Third Bank | $ 2,572.45 | $ 0.00 | $ 297.78 |
| 000004 | Access Group, Inc | $ 17,960.85 | $ 0.00 | $ 2,079.10 |
| 000005 | Access Group, Inc | $ 28,706.47 | $ 0.00 | $ 3,322.98 |
| 000006 | Capital One Bank (USA), N.A. | $ 1,618.94 | $ 0.00 | $ 187.40 |
| 000008 | eCAST Settlement Corporation, assignee | $ 5,813.16 | $ 0.00 | $ 672.91 |
| 000009 | Sallie Mae | $ 27,846.76 | $ 0.00 | $ 3,223.46 |
| 000010 | American Express Bank, FSB | $ 12,248.44 | $ 0.00 | $ 1,417.84 |
| 000007B | Ridgestone Bank | $ 105,088.26 | $ 0.00 | $ 12,164.71 |

Total to be paid to timely general unsecured creditors    $    24,605.07

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 91,509.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus

interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Acs/Access Group | $ 23,498.00 | $ 0.00 | $ 0.00 |
| 000012 | Acs/Access Group | $ 19,677.00 | $ 0.00 | $ 0.00 |
| 000013 | Acs/Access Group | $ 41,557.00 | $ 0.00 | $ 0.00 |
| 000014 | Ilinosinst/ACS | $ 6,777.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 13-07312-CAD
Donald F. Price, III                                                    Chapter 7
Rachael A. Price
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 2                  Date Rcvd: Jun 30, 2014
                               Form ID: pdf006              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2014.
db/jdb        #+Donald F. Price, III,    Rachael A. Price,    1914 Keystone Pl.,    Schaumburg, IL 60193-3537
20090788       5/3 Bank,    Fifth Third Center,    Cincinnati, OH 45202
20090791      +ADT Security,    PO Box 371062,    Pittsburgh, PA 15250-7490
20395410      +Access Group, Inc,    Xerox Education Services, LLC,    dba ACS Education Services,
                 501 Bleeker St.,    Utica, NY 13501-2401
20090789      +Acs/Access Group,     501 Bleecker St,    Utica, NY 13501-2401
20090790      +Acs/Access Grp,    501 Bleecker St,    Utica, NY 13501-2401
20090792      +American Express,    Box 0001,    Los Angeles, CA 90096-8000
20655820       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20090793     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
20090795      +Bmo Harris Trust& Savi,    111 W Monroe St,    Chicago, IL 60603-4095
20090796     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20419297       Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
20090797      +Charter One Bank/RBS Citizens,    One Citizens Plaza,    Providence, RI 02903-1344
20090799      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20090800      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20319154      +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
20225882      +Hibu, Inc fka Yellowbrook Inc,    Yellow Book Sales & Distribution Co Inc,
                c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,    Timonium, Maryland 21094-5126
20090803      +Ilinosinst/ACS,    ACS/Access Group,    501 Bleecker Street,    Utica, NY 13501-2401
20090804      +Image One Facility Solutions, Inc,    1555 Mittel Blvd Ste G,    Wood Dale, IL 60191-1046
20090806      +LexisNexis,    PO Box 2314,    Carol Stream, IL 60132-2314
20497898      +Ridgestone Bank,    c/o Chuhak & Tecson, P.C., Eileen M. Set,    30 S. Wacker Drive, Suite 2600,
                 Chicago, IL 60606-7512
20090807      +Ridgestone Bank,    10 N Martingale Rd # 100,    Schaumburg, IL 60173-2293
20090809      +Yellowbook,    PO Box 3162,    Cedar Rapids, IA 52406-3162
20650960       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20090798      +E-mail/Text: bk.notifications@jpmchase.com Jul 01 2014 01:39:17      Chase,    Po Box 901076,
                 Ft Worth, TX 76101-2076
20277627       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2014 01:46:34      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20090801      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2014 01:46:34      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
20090802      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jul 01 2014 01:40:19      First Midwest Bank/Na,
                 300 N Hunt Club Rd,    Gurnee, IL 60031-2502
20090805      +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Jul 01 2014 01:38:41
                 ISAC (Illinois Student Assistant C),    1775 Lake Cook Road,    Deerfield, IL 60015-5215
20090808      +E-mail/PDF: pa_dc_claims@navient.com Jul 01 2014 01:45:01      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
20651195      +E-mail/PDF: pa_dc_claims@navient.com Jul 01 2014 01:46:14      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20090794     ##+Bmo Harris Bank,    Po Box 8478,    Rolling Meadows, IL 60008-8478
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dwilliams          Page 2 of 2          Date Rcvd: Jun 30, 2014
                              Form ID: pdf006          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2014 at the address(es) listed below:

```
          David  Brown, ESQ   on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          Eileen M Sethna    on behalf of Creditor    Ridgestone Bank esethna@chuhak.com,
           rsaldivar@chuhak.com
          Jessica S Naples    on behalf of Creditor    BMO Harris Bank, N.A. ND-Two@il.cslegal.com
          Joseph P Doyle    on behalf of Joint Debtor Rachael A. Price joe@fightbills.com,
           courts@fightbills.com
          Joseph P Doyle    on behalf of Debtor Donald F. Price, III joe@fightbills.com,
           courts@fightbills.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
          Samantha  Babcock    on behalf of Creditor    Ridgestone Bank sbabcock@chuhak.com,
           rsaldivar@chuhak.com
                                                                                           TOTAL: 8
```