## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRICE III, DONALD F. | § | Case No. 13-07312 |
| PRICE, RACHAEL A. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz, Trustee _____
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmo Harris Bank Po Box 94034 Palatine, IL 60094 | | | | | |
| | Bmo Harris Trust& Savi 111 W Monroe St Chicago, IL 60603 | | | | | |
| | Chase Po Box 901076 Ft Worth, TX 76101 | | | | | |
| | First Midwest Bank/Na 300 N Hunt Club Rd Gurnee, IL 60031 | | | | | |
| | Ridgestone Bank 10 N Martingale Rd # 100 Schaumburg, IL 60173 | | | | | |
| | Ridgestone Bank 10 N Martingale Rd # 100 Schaumburg, IL 60173 | | | | | |
| 000007A | RIDGESTONE BANK | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5/3 Bank Fifth Third Center Cincinnati, OH 45202 | | | | | |
| | ADT Security PO Box 371490 Pittsburgh, PA 15250-7967 | | | | | |
| | Acs/Access Group 501 Bleecker St Utica, NY 13501 | | | | | |
| | Acs/Access Group 501 Bleecker St Utica, NY 13501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/Access Grp 501 Bleecker St Utica, NY 13501 | | | | | |
| | Acs/Access Grp 501 Bleecker St Utica, NY 13501 | | | | | |
| | Acs/Access Grp 501 Bleecker St Utica, NY 13501 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Charter One Bank/RBS Citizens One Citizens Plaza Providence, RI 02903 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | ISAC (Illinois Student Assistant C) 1775 Lake Cook Road Deerfield, IL 60015 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ilinosinst/ACS 501 Bleeker St. Utica, NY 13501 | | | | | |
| | Image One Facility Solutions, Inc 1555 Mittel Blvd Ste G Wood Dale, IL 60191 | | | | | |
| | LexisNexis PO Box 2314 Carol Stream, IL 60132 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Yellowbook PO Box 3162 Cedar Rapids, IA 52406 | | | | | |
| 000005 | ACCESS GROUP, INC | | | | | |
| 000004 | ACCESS GROUP, INC | | | | | |
| 000010 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | HIBU, INC FKA YELLOWBROOK INC | | | | | |
| 000007B | RIDGESTONE BANK | | | | | |
| 000009 | SALLIE MAE | | | | | |
| 000013 | ACS/ACCESS GROUP | | | | | |
| 000012 | ACS/ACCESS GROUP | | | | | |
| 000011 | ACS/ACCESS GROUP | | | | | |
| 000014 | ILINOSINST/ACS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 13-07312 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|

Case Name:   PRICE III, DONALD F.
PRICE, RACHAEL A.

For Period Ending:  10/09/14

Trustee Name:              Robert B. Katz, Trustee
Date Filed (f) or Converted (c):   02/26/13 (f)
341(a) Meeting Date:       03/27/13
Claims Bar Date:           07/01/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | Real estate located at 1914 Keystone Pl. Schaumbur | 230,000.00 | 0.00 | | 0.00 | FA |
| 2. | Real Estate located at 1524 Commodore Ln Unit 3 Sc | 104,433.00 | 0.00 | | 0.00 | FA |
| 3. | Real Estate located at 7N750 IL Route 59, Bartlett | 248,457.00 | 0.00 | | 0.00 | FA |
| 4. | Checking account with Chase | 200.00 | 0.00 | | 0.00 | FA |
| 5. | Savings account with ING | 0.00 | 0.00 | | 0.00 | FA |
| 6. | Business Checking Account with Fifth Third Bank | 6,000.00 | 1,879.23 | | 1,879.23 | FA |
| 7. | Business Iolta Now Trust account with Fifth Third | 0.00 | 0.00 | | 0.00 | FA |
| 8. | Personal Checking & PNC Reserve account with PNC B | 1,400.00 | 0.00 | | 0.00 | FA |
| 9. | Personal Savings account with PNC Bank | 2,100.00 | 0.00 | | 0.00 | FA |
| 10. | Miscellaneous used household goods and furnishings | 450.00 | 0.00 | | 0.00 | FA |
| 11. | Books, Pictures, and CD's | 110.00 | 0.00 | | 0.00 | FA |
| 12. | Wearing Apparel | 725.00 | 0.00 | | 0.00 | FA |
| 13. | Miscellaneous Costume Jewelry | 120.00 | 0.00 | | 0.00 | FA |
| 14. | Whole Life Insurance policy through Hartford Insur | 1,075.00 | 0.00 | | 0.00 | FA |
| 15. | Term Life Insurance policy through employer - (No | 0.00 | 0.00 | | 0.00 | FA |
| 16. | 401(k) / Retirement Plan through  - 100% exempt. | 5,024.98 | 0.00 | | 0.00 | FA |
| 17. | IRA - Retirement Plan through Edward Jones - 100% | 70,000.00 | 0.00 | | 0.00 | FA |
| 18. | Sole Proprietor - Law Office of Rachael A. Price - | 0.00 | 0.00 | | 0.00 | FA |
| 19. | Accounts Receivable | Unknown | 0.00 | | 0.00 | FA |
| 20. | Estimated 2012 tax refund of $6035.00 | 6,035.00 | 3,556.00 | | 3,556.00 | FA |
| 21. | Debtor expects to receive a bonus check of $5,000. | 5,000.00 | 23,260.00 | | 23,260.00 | FA |
| 22. | Automobile - 2010 Mazda Hatchback A3 S - 33,000 mi | 12,016.00 | 0.00 | | 0.00 | FA |
| 23. | Automobile - 2010 Ford Fusion SE - 57,000 miles - | 9,759.00 | 0.00 | | 0.00 | FA |
| 24. | Desk, Conference Table, Chairs, Book Shelves, Fili | 1,000.00 | 0.00 | | 0.00 | FA |
| 25. | 2 Dogs, 2 Parakeets | 25.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.01

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-07312 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | PRICE III, DONALD F. | | |
| | PRICE, RACHAEL A. | | |

| Trustee Name: | Robert B. Katz, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 02/26/13 (f) |
| 341(a) Meeting Date: | 03/27/13 |
| Claims Bar Date: | 07/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $703,929.98 | $28,695.23 | | $28,695.23 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee continues to investigate possible additional assets.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2                                                                                             Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-07312  -CAD |
| Case Name: | PRICE III, DONALD F. |
| | PRICE, RACHAEL A. |
| Taxpayer ID No: | *******3451 |
| For Period Ending: | 10/09/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7027  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/13 | 21 | Rachel Price<br>Donals Price<br>1914 Keystone Pl<br>Schaumburg, IL 60193 | DEPOSIT | 1129-000 | 23,260.00 | | 23,260.00 |
| 04/18/13 | 20 | Donald Price<br>Rachel Price<br>1914 Keystone Pl.<br>Schaumburg, IL 60193 | TAX REFUND | 1124-000 | 3,556.00 | | 26,816.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.87 | 26,788.13 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.82 | 26,748.31 |
| 06/13/13 | 6 | Law Office of Rachael A. Price, LLC<br>7N750 IL Route 59<br>Bartlett, IL 60106 | DEPOSIT | 1129-000 | 1,879.23 | | 28,627.54 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.11 | 28,587.43 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.50 | 28,544.93 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.44 | 28,502.49 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.01 | 28,461.48 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.31 | 28,419.17 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.89 | 28,378.28 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.19 | 28,336.09 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.13 | 28,293.96 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.00 | 28,255.96 |
| 04/01/14 | 010001 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND PAYMENT | 2300-000 | | 31.37 | 28,224.59 |
| * 08/11/14 | 010002 | Hibu, Inc fka Yellowbrook Inc<br>Yellow Book Sales & Distribution Co Inc | Claim 000001, Payment 13.27846% | 7100-003 | | 408.18 | 27,816.41 |

| | Page Subtotals | 28,695.23 | 878.82 |
|---|---|---|---|

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2    Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-07312  -CAD |
| Case Name: | PRICE III, DONALD F. |
| | PRICE, RACHAEL A. |
| Taxpayer ID No: | *******3451 |
| For Period Ending: | 10/09/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7027  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/11/14 | 010002 | c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094<br>Hibu, Inc fka Yellowbrook Inc<br>Yellow Book Sales & Distribution Co Inc<br>c/o RMS Bankruptcy Recovery Services | Claim 000001, Payment 13.27846% | 7100-003 | | -408.18 | 28,224.59 |
| * 08/11/14 | 010003 | P.O. Box 5126<br>Timonium, Maryland 21094<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 13.27851% | 7100-003 | | 1,012.95 | 27,211.64 |
| * 08/11/14 | 010003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 13.27851% | 7100-003 | | -1,012.95 | 28,224.59 |
| * 08/11/14 | 010004 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Claim 000003, Payment 13.27839% | 7100-003 | | 341.58 | 27,883.01 |
| * 08/11/14 | 010004 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Claim 000003, Payment 13.27839% | 7100-003 | | -341.58 | 28,224.59 |
| * 08/11/14 | 010005 | Access Group, Inc<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleeker St.<br>Utica, NY 13501 | Claim 000004, Payment 13.27855% | 7100-003 | | 2,384.94 | 25,839.65 |
| * 08/11/14 | 010005 | Access Group, Inc<br>Xerox Education Services, LLC<br>dba ACS Education Services | Claim 000004, Payment 13.27855% | 7100-003 | | -2,384.94 | 28,224.59 |

Page Subtotals                0.00        -408.18

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-07312  -CAD | |
| Case Name: | PRICE III, DONALD F. | |
| | PRICE, RACHAEL A. | |
| Taxpayer ID No: | *******3451 | |
| For Period Ending: | 10/09/14 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7027  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/11/14 | 010006 | 501 Bleeker St. Utica, NY 13501 Access Group, Inc Xerox Education Services, LLC dba ACS Education Services 501 Bleeker St. Utica, NY 13501 | Claim 000005, Payment 13.27857% | 7100-003 | | 3,811.81 | 24,412.78 |
| * 08/11/14 | 010006 | Access Group, Inc Xerox Education Services, LLC dba ACS Education Services 501 Bleeker St. Utica, NY 13501 | Claim 000005, Payment 13.27857% | 7100-003 | | -3,811.81 | 28,224.59 |
| * 08/11/14 | 010007 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Claim 000006, Payment 13.27844% | 7100-003 | | 214.97 | 28,009.62 |
| * 08/11/14 | 010007 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Claim 000006, Payment 13.27844% | 7100-003 | | -214.97 | 28,224.59 |
| * 08/11/14 | 010008 | Ridgestone Bank c/o Chuhak & Tecson, P.C., Eileen M. Set 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | Claim 000007B, Payment 13.27854% | 7100-003 | | 13,954.19 | 14,270.40 |
| * 08/11/14 | 010008 | Ridgestone Bank c/o Chuhak & Tecson, P.C., Eileen M. Set 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | Claim 000007B, Payment 13.27854% | 7100-003 | | -13,954.19 | 28,224.59 |
| * 08/11/14 | 010009 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | Claim 000008, Payment 13.27866% | 7100-003 | | 771.91 | 27,452.68 |

| | | | Page Subtotals | | 0.00 | 771.91 | |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-07312  -CAD |
| Case Name: | PRICE III, DONALD F. |
| | PRICE, RACHAEL A. |
| Taxpayer ID No: | *******3451 |
| For Period Ending: | 10/09/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7027  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/11/14 | 010009 | POB 29262<br>New York, NY 10087-9262<br>eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008, Payment 13.27866% | 7100-003 | | -771.91 | 28,224.59 |
| * 08/11/14 | 010010 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000009, Payment 13.27856% | 7100-003 | | 3,697.65 | 24,526.94 |
| * 08/11/14 | 010010 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000009, Payment 13.27856% | 7100-003 | | -3,697.65 | 28,224.59 |
| * 08/11/14 | 010011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 13.27851% | 7100-003 | | 1,626.41 | 26,598.18 |
| * 08/11/14 | 010011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 13.27851% | 7100-003 | | -1,626.41 | 28,224.59 |
| 08/11/14 | 010012 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL  60604 | Chapter 7 Compensation/Expense | 2100-000 | | 3,619.52 | 24,605.07 |
| 08/11/14 | 010013 | Hibu, Inc fka Yellowbrook Inc<br>Yellow Book Sales & Distribution Co Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126 | Claim 000001, Payment 11.57580% | 7100-000 | | 355.84 | 24,249.23 |

| | | | Page Subtotals | | 0.00 | 3,203.45 | |

Ver: 18.01

FORM 2                                                                    Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-07312  -CAD |
| Case Name: | PRICE III, DONALD F. |
| | PRICE, RACHAEL A. |
| Taxpayer ID No: | *******3451 |
| For Period Ending: | 10/09/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7027  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Timonium, Maryland 21094 | | | | | |
| 08/11/14 | 010014 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 11.57569% | 7100-000 | | 883.05 | 23,366.18 |
| 08/11/14 | 010015 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | Claim 000003, Payment 11.57574% | 7100-000 | | 297.78 | 23,068.40 |
| 08/11/14 | 010016 | Access Group, Inc<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleeker St.<br>Utica, NY 13501 | Claim 000004, Payment 11.57573% | 7100-000 | | 2,079.10 | 20,989.30 |
| 08/11/14 | 010017 | Access Group, Inc<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleeker St.<br>Utica, NY 13501 | Claim 000005, Payment 11.57572% | 7100-000 | | 3,322.98 | 17,666.32 |
| 08/11/14 | 010018 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 11.57548% | 7100-000 | | 187.40 | 17,478.92 |
| 08/11/14 | 010019 | Ridgestone Bank<br>c/o Chuhak & Tecson, P.C., Eileen M. Set<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Claim 000007B, Payment 11.57571% | 7100-000 | | 12,164.71 | 5,314.21 |
| 08/11/14 | 010020 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008, Payment 11.57563% | 7100-000 | | 672.91 | 4,641.30 |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 19,607.93 |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                         Exhibit 9

| | |
|---|---|
| Case No: | 13-07312  -CAD |
| Case Name: | PRICE III, DONALD F. |
| | PRICE, RACHAEL A. |
| Taxpayer ID No: | *******3451 |
| For Period Ending: | 10/09/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7027  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/11/14 | 010021 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000009, Payment 11.57571% | 7100-000 | | 3,223.46 | 1,417.84 |
| 08/11/14 | 010022 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 11.57568% | 7100-000 | | 1,417.84 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 28,695.23 | 28,695.23 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 28,695.23 | 28,695.23 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 28,695.23 | 28,695.23 | |

| | | | |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Checking Account (Non-Interest Earn - *******7027 | 28,695.23 | 28,695.23 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 28,695.23 | 28,695.23 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: ___/s/___ Robert B. Katz, Trustee    Date: 10/09/14
                    ROBERT B. KATZ, TRUSTEE

Page Subtotals                                    0.00                4,641.30

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*                        Ver: 18.01